

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| JORGE L. HERNANDEZ, | § | No. 08-20-00015-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| KING AEROSPACE, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2017-DCV-0334) |
|  | § |  |

**O R D E R**

Pending before the Court is the Appellant's first motion for extension of time to complete mediation. The Court GRANTS the request to extend the deadline to complete mediation until June 27, 2020. Upon completion of mediation, the parties are directed to comply with the instructions set forth in our order of January 29, 2020.

IT IS SO ORDERED this 20th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.